Kathleen C. Jeffries (State Bar #110362)
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Avenue, Suite 460
Pasadena, California 91101
Telephone: (626) 795-4700
Facsimile: (626) 795-4790
kjeffries@scopelitis.com

Attorneys for Plaintiff
GREAT WEST CASUALTY COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| GREAT WEST CASUALTY COMPANY, a Nebraska corporation, | ) Case No. 1:09-CV-01289-OWW-SMS |
| Plaintiff, | ) ORDER ON STIPULATION RE DISMISSAL |
| v. | ) |
| RAMON HERNANDEZ, an individual doing business as HERNANDEZ TRANSPORTATION SERVICES; and DOES 1 through 10, inclusive, | ) |
| Defendants. | ) |

Based upon the stipulation by and between the parties hereto, plaintiff Great West Casualty Company and defendant Ramon Hernandez dba Hernandez Transportation Services, through their respective counsel of record,

IT IS HEREBY ORDERED that the entire action is dismissed with prejudice, with each party to bear its own costs and fees.

Dated: _October 21, 2009          __/s/ OLIVER W. WANGER____
                                  Judge, United States District Court

1

(PROPOSED) ORDER ON STIPULATION RE DISMISSAL